**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

---

No. 99-2675

---

LAUNEIL SANDERS,

Plaintiff - Appellant,

versus

GASTON COUNTY ADMINISTRATION GOVERNMENT; LAMB
LAW OFFICES,

Defendants - Appellees.

---

Appeal from the United States District Court for the District of
South Carolina, at Spartanburg.  G. Ross Anderson, Jr., District
Judge; William M. Catoe, Jr., Magistrate Judge.  (CA-99-3995)

---

Submitted:  August 18, 2000          Decided:  September 12, 2000

---

Before WILKINS and MOTZ, Circuit Judges, and HAMILTON, Senior Cir-
cuit Judge.

---

Dismissed by unpublished per curiam opinion.

---

Launeil Sanders, Appellant Pro Se.

---

Unpublished opinions are not binding precedent in this circuit.
See Local Rule 36(c).

PER CURIAM:

Launeil Sanders seeks to appeal a report of the magistrate judge recommending that Sanders's complaint be summarily dismissed. Because this order was not a final judgment or otherwise appealable, we dismiss his appeal from that order. Sanders filed another notice of appeal from the district court's order adopting the report of the magistrate judge and summarily dismissing his complaint. This is a final, appealable order. To the extent that statements in the initial notice of appeal can be construed as objections to the magistrate judge's report, we have reviewed the record and the district court's opinion accepting the magistrate judge's recommendation and find no reversible error. Accordingly, we dismiss the appeal on the reasoning of the district court. See Sanders v. Gaston County Admin. Govt., No. CA-99-3995 (D.S.C. Dec. 10, 1999; April 7, 2000). We deny leave to proceed in forma pauperis. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

DISMISSED